UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EUGENE BUSH,                        :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :  Misc. Action No. 07-0406 (JR)
                                    :
UNITED STATES,                      :
                                    :
        Defendant.                  :

## ORDER DENYING MOTION TO QUASH

Plaintiff has filed what he calls a motion to quash. He appears to live in the State of Washington. What he wants quashed are administrative levies served by the IRS on his employer and his bank, both also located in the State of Washington. He asserts that the IRS has no "jurisdiction" to levy upon his salary and his bank accounts, but he is quite confused about jurisdiction. He refers to a *per curiam* decision of the Second Circuit holding that an IRS summons applies no force to a taxpayer unless it is backed by a federal court order, but the question he seeks to present here is not about a summons, and the levies he seeks to quash make no demands directly upon him. In any event, plaintiff is in the wrong court (he should be in federal court in Seattle). And he has filed the wrong kind of case (the federal question jurisdiction he invokes applies to civil actions, for which the filing fee is $350; his motion is

Case 1:07-mc-00406-JR    Document 2    Filed 10/15/2007    Page 2 of 2

unconnected to any existing civil action).  The motion to quash is **denied.**


                                        JAMES ROBERTSON
                                   United States District Judge